1

2

3

4

5

6                                      UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                              AT TACOMA

8    IAN LEACH,

9                              Plaintiff,              Case No. C24-5055-DGE-MLP

10          v.                                        MINUTE ORDER

11   CITY OF TACOMA, *et al.*,

12                             Defendants.

13

14          The following Minute Order is made at the direction of the Court, the Hon. Michelle L.

15   Peterson, United States Magistrate Judge:

16          On March 6, 2025, the parties filed a stipulated motion to extend the discovery deadline

17   by 45 days from March 16, 2025, to June 1, 2025. (Dkt. # 40.) The parties neglect to consider the

18   effect the requested extension would have on the dispositive motions deadline, which is currently

19   set for April 15, 2025. (Dkt. # 27.) Accordingly, the parties' motion (dkt. # 40) is DENIED.

20          The Clerk is directed to send copies of this Order to the parties and to the Honorable

21   David G. Estudillo.

22   //

23   //

MINUTE ORDER - 1

Dated this 7th day of March, 2025.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk